## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ERYON LUKE**                                    **CIVIL ACTION NO. 3:13-cv-402**

**VERSUS**

**CPLACE FOREST PARK SNF, LLC**

## <u>NOTICE OF REMOVAL</u>

Defendant, CPlace Forest Park SNF, LLC, D/B/A Nottingham Regional Rehab Center ("Defendant" or "Forest Park"), reserving its right to object to service, jurisdiction, and venue, and without waiving any of its other defenses or objections, removes to this Court the Petition filed on behalf of Plaintiff Eryon Luke entitled, "*Eryon Luke v. CPlace Forest Park SNF, LLC*, *Docket No. 621,493*," pending in Section 23 of the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.  As the basis for removal, Defendant represents that:

1.

On May 15, 2013, a Petition entitled "*Eryon Luke v. CPlace Forest Park SNF, LLC* bearing Docket No. 621,493, was filed on behalf of Plaintiff Eryon Luke in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, which is within the Middle District of Louisiana.  A true and correct copy of the Petition is attached hereto as Exhibit 1.

2.

Forest Park is the only defendant named in the Petition.  Defendant was served with the Petition on May 23, 2013.  A true and correct copy of the Citation is attached hereto as Exhibit 2.

3.

In his Petition, Plaintiff alleges that Defendant engaged in conduct in violation of:  (1) Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended by the Pregnancy Discrimination Act

1

of 1978 ("PDA"), 42 U.S.C. 2000e(k); and (2) The Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. §§2601 *et seq*., 29 C.F.R. Part 825. (Petition, ¶¶1, 6, 8.)

4.

Because one or more of Plaintiff's claims involves questions of federal law, original jurisdiction exists under 28 U.S.C. §1331, and thus this action is removable under 28 U.S.C. §1441(b), §1441(c), and §1446.

5.

Plaintiff's Petition also alleges violations of the Louisiana Employment Discrimination Law ("LEDL"), La. R.S. §§23:301, *et seq*. (Petition, ¶¶1, 12.) This Court has supplemental jurisdiction over the state law claims asserted in Plaintiff's Petition, pursuant to 28 U.S.C. §1367.

6.

Thirty days have not expired since the receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claims for relief upon which such action is based. Defendant received notice of this action on May 23, 2013, when its agent for service of process was served with a copy of Plaintiff's Petition. Therefore, this Notice of Removal is timely because it is filed within thirty (30) days after the receipt by Defendant of a copy of the Petition.

7.

Pursuant to 28 U.S.C. §1446(a), a copy of all pleadings and orders in the state court record, which includes "all process, pleadings, and orders served upon" Defendant, are attached hereto as Exhibit 3. These documents constitute all process, pleadings, and orders served upon Defendant in this case at the time of the filing of this removal.

8.

Promptly after this notice of removal is filed, written notice thereof will be given to all adverse parties and a copy of this notice of removal will be filed with the clerk of the aforesaid state court to effect the removal of this civil action to this Honorable Court as provided by law.

9.

This Notice of Removal is executed pursuant to Fed. R. Civ. P. 11.

WHEREFORE, Defendant, CPlace Forest Park SNF, LLC, D/B/A Nottingham Regional Rehab Center, prays that this Notice of Removal be accepted as good and sufficient, that the aforesaid Petition be removed from the state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said state court, and thereupon proceed with this civil action as if it had originally been commenced in this Court.

Respectfully submitted on this 20th day of June, 2013,


**THE KULLMAN FIRM**

By:  */s/Vasilios Manthos*
      Christine S. Goldberg (Bar No. 23293)
      Vasilios Manthos (Bar No. 30610)
      4605 Bluebonnet Blvd., Suite A
      Baton Rouge, LA  70809
      Email:  csg@kullmanlaw.com
              vm@kullmanlaw.com
      Telephone:  (225) 906-4250
      Facsimile:  (225) 906-4230

ATTORNEYS FOR CPLACE FOREST PARK SNF, LLC, D/B/A NOTTINGHAM REGIONAL REHAB CENTER

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2013, a copy of the foregoing Notice of Removal was filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system as well as U.S. Mail to:

     Victor J. Woods, Jr.
     Elizabeth L. LeBlanc
     3834 New Prosperity Lane, Suite A
     Addis, LA  70710

                 */s/Vasilios Manthos*
                 Vasilios Manthos

4